UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUAN HUY HA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　　Defendants. | CASE No. 1:13-cv-01588-LJO-MJS<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

　　　　Plaintiff Thuan Huy Ya is a federal prisoner proceeding pro se in a Freedom of Information Act complaint pursuant to 5 U.S.C. § 552.  Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  No requests for extension will be granted without a showing of good cause.  If Plaintiff intends to proceed in forma pauperis, he shall submit a certified copy of his prison trust statement for the six month period immediately preceding the filing of the complaint within sixty (60) days of the date

of service of this order.

    Failure to comply with this order will result in dismissal of this action. No further action shall be taken in this matter until the application to proceed in forma pauperis or filing fee is received by the Court.

IT IS SO ORDERED.

Dated:   October 4, 2013          /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE