UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUAN HUY HA,<br><br>            Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>            Defendant. | No.  1:13-CV-1588-LJO-MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |

The Plaintiff, Thuan Huy Ha is proceeding Pro Se in this action.  Plaintiff filed a Motion to Proceed in Forma Pauperis pursuant to 28 U.S.C. § 1915 on October 18, 2013. (E.C.F. No.  3)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees.  Plaintiff's Motion to Proceed in Forma Pauperis is therefore GRANTED.

IT IS SO ORDERED.

Dated:   October 22, 2013              /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE

1