UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUAN HUY HA,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE AND EXECUTIVE OFFICE FOR U.S. ATTORNEYS,<br><br>    Defendants. | Case No.: 1:13-cv-1588-LJO-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING COMPLAINT FOR FAILURE TO FOLLOW A COURT ORDER, AND DIRECTING CLERK OF COURT TO TERMINATE ACTION<br><br>(Doc. 11) |

Plaintiff Thuan Huy Ha is appearing pro se in this action under the Freedom of Information Act, 5 U.S.C. §§ 552 et seq.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On January 15, 2016, the Magistrate Judge filed a Findings and Recommendations ("F&Rs"), which recommended dismissal of this action for failure to follow a court order. Doc. 11. The F&Rs were served on Plaintiff and contained notice that objections were to be filed within thirty days. *Id*. The thirty-day time frame has expired and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendations, filed on January 15, 2016, are adopted in full; and
2. Plaintiff's First Amended Complaint (Doc. 7) is DISMISSED for failure to comply with a court order; and
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: **April 6, 2016**                    **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE